Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
Michael E. Rosenberg (SBN 313285)
michael.rosenberg@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900

*Attorneys for Defendants
Kars4Kids Inc. and Oorah, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY DUGGER,<br><br>    Plaintiff,<br><br>v.<br><br>KARS4KIDS INC. and OORAH, INC.,<br><br>    Defendants. | CASE NO. 1:24-CV-02419-JD<br><br>**DEFENDANTS KARS4KIDS INC. AND OORAH, INC.'S NOTICE REGARDING SUBMITTED MATTER PURSUANT TO CIVIL L.R. 7-13**<br><br>Judge:  James Donato<br><br>Complaint Filed Date:  April 23, 2024 |

Pursuant to Civil L.R. 7-13, Defendants Kars4Kids Inc. and Oorah, Inc. respectfully submit this notice to advise the Court that their Motion to Dismiss Complaint (Dkt. 23), filed on July 3, 2024 and taken under submission by this Court on November 15, 2024 (Dkt. 34), has been under submission for more than 120 days.

DATED: March 17, 2025                KIRKLAND & ELLIS LLP

/s/ Robyn E. Bladow

Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street, Suite 3700
Los Angeles, CA  90071
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
Michael E. Rosenberg (SBN 313285)
michael.rosenberg@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:     (310) 552-4200
Facsimile:      (310) 552-5900

*Attorneys for Defendants
Kars4Kids Inc. and Oorah, Inc.*