# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: March 27, 2025                                    Judge: Hon. James Donato

Time: 23 Minutes

Case No.: **3:24-cv-02419-JD**
Case Name: **Dugger v. Kars4Kids Inc. et al**

Attorney(s) for Plaintiff(s):    Robert Spencer
Attorney(s) for Defendant(s):    Robyn Bladow

Deputy Clerk: Lisa R. Clark                             Court Reporter: Ana Dub

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The motion to dismiss, Dkt. No. 23, is granted in part. Plaintiff may file by April 24, 2025, an amended complaint with facts regarding plaintiff's RICO injury and defendant Oorah's liability. Dismissal is denied in all other respects. The parties are advised that subsequent motions to dismiss may not re-raise arguments that the Court has already declined. The parties will file by April 24, 2025, a joint proposed scheduling order.