ERIC A. GROVER (SBN 136080)
eric.grover@kellergrover.com
SARAH R. HOLLOWAY (SBN 254134)
sarah.holloway@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

*Attorneys for Plaintiff*
Timothy Dugger

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY DUGGER, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>KARS4KIDS INC. and OORAH INC., inclusive,<br><br>Defendants | Case No: 3:24-CV-02419-JD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(i)]<br><br>Judge:         Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Complaint Filed: April 23, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Timothy Dugger ("Plaintiff") hereby voluntarily dismisses the above-captioned action *without* prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff has not moved for class certification, and a class has not been certified by the Court. Thus, Court approval is not required for dismissal under Rule 23(e). *See* Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a *certified* class – or a class proposed to be certified for purposes of settlement. . .") (emphasis added); *see also* Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("The new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by . . . voluntary dismissal.") (emphasis added); Advisory Committee Notes on 2018 Amendments to Rule 23, Subdivision (e) (the procedural requirements of Subdivision (e) also apply to class settlements). Plaintiff's dismissal of this action is *without* prejudice and does not resolve the claims, issues, or defenses of Plaintiff's individual claims or the claims of any putative, certified, or settlement class.

For the reasons set forth above and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice and requests that the Court terminate all proceedings in this action.

Dated: April 23, 2025

Respectfully submitted,

**KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
ERIC A. GROVER
*Counsel for Plaintiffs*