Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:　(213) 680-8400
Facsimile:　(714) 982-8844

David I. Horowitz (SBN 248414)
david.horowitz@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:　(310) 552-4200
Facsimile:　(310) 552-5900

*Attorneys for Defendants
Kars4Kids Inc. and Oorah, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY DUGGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KARS4KIDS INC. and OORAH INC.,<br><br>　　　　Defendants. | CASE NO. 1:24-CV-02419-JD<br><br>**DECLARATION OF ROBYN E. BLADOW IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. James Donato<br><br>Complaint Filed: April 23, 2024 |

**This document also relates to:**

| | |
|---|---|
| PAVEL SAVVA and ALEXANDER VICKERS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KARS4KIDS INC. and OORAH INC.,<br><br>　　　　Defendants. | CASE NO. 4:25-CV-09498-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: November 4, 2025 |

BLADOW DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

CASE NO: 1:24-CV-02419-JD

I, Robyn E. Bladow, declare as follows:

1.  I am a partner with the law firm Kirkland & Ellis LLP, and I represent the defendants, Kars4Kids Inc. and Oorah, Inc., in this matter. I submit this declaration in support of the defendants' Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12(b) and 7-11 (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.  Attached as Exhibit 1 is a true and correct copy of the complaint filed on April 23, 2024 in this action, *Timothy Dugger v. Kars4Kids Inc. and Oorah Inc.*, Case No. 1:24-CV-02419-JD.

3.  Attached as Exhibit 2 is a true and correct copy of the complaint filed on November 4, 2025 in *Pavel Savva and Alexander Vickers v. Kars4Kids Inc. and Oorah Inc.*, Case No. 4:25-cv-09498-YGR.

4.  Attached as Exhibit 3 is a true and correct copy of my email correspondence with counsel for Plaintiffs Savva and Vickers regarding the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 23, 2025         /s/ Robyn E. Bladow
                                 Robyn E. Bladow

BLADOW DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED     1     CASE NO: 1:24-CV-02419-JD