UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLERK'S NOTICE

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

    24-cv-02419-JD
    Dugger v. Kars4Kids Inc.

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-09498-YGR | Vickers v. Kars4Kids Inc. | | JD |

**The Court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

Dated: January 6, 2026          By: *Lisa R. Clark*
                                                               Lisa Clark, Deputy Clerk